## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFERY WOOD, ROLANDO RUIZ, ROBERT JENNINGS, TERRY EDWARDS, AND RAMIRO GONZALES | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:16-cv-2497 |
| | § | |
| vs. | § | |
| | § | |
| BRYAN COLLIER, Executive Director, Texas Department of Criminal Justice, | § § § § | DEATH PENALTY CASE |
| | § | PLAINTIFF JEFFERY WOOD IS |
| | § | SCHEDULED FOR EXECUTION |
| LORIE DAVIS, Director, Correctional Institutions Division, Texas Department of Criminal Justice, | § § § § § | ON AUGUST 24, 2016  PLAINTIFF ROLANDO RUIZ IS SCHEDULED FOR EXECUTION ON AUGUST 31, 2016 |
| | § | |
| JAMES JONES, Senior Warden, Huntsville Unit Huntsville, Texas, | § § § | REMAINING PLAINTIFFS ARE SCHEDULED FOR EXECUTION IN SEPTEMBER, OCTOBER, |
| | § | AND NOVEMBER, 2016 |
| and | § | |
| | § | |
| UNKNOWN EXECUTIONERS; Defendants. | § § | |

## DECLARATION OF DAVID B. WAISEL, MD IN SUPPORT OF PLAINTIFFS' TEMPORARY RESTRAINING ORDER

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      My name is David B. Waisel.  I am over the age of eighteen and competent to testify to the truth of the matters contained herein.

2.      I am a practicing anesthesiologist at Boston Children's Hospital and an Associate Professor of Anaesthesia, Harvard Medical School.  I have been

practicing clinical anesthesiology, primarily pediatric anesthesiology, for approximately 23 years.

3.      I have been asked by the attorneys who represent Plaintiffs to provide an expert medical and scientific opinion about whether there is a substantial risk that the State's use of expired or contaminated pentobarbital will cause Plaintiffs severe pain during their executions.

4.      It is my understanding that the State of Texas intends to execute Plaintiffs by a single injection of compounded pentobarbital. It also is my understanding that although the State tests its supply of compounded pentobarbital for potency, sterility, and the presence of contaminates when it receives the drug from its supplier, it does not re-test the drug shortly before it is used for lethal injection.

5.      For example, I understand that on or about April 7, 2016, an unknown laboratory tested the compounded pentobarbital that it intends to use for Mr. Wood's execution for potency (93.8%). There is no way to know whether the drug is still of adequate potency more than four (4) months later because a single test at a single point in time does not tell us anything about the long term stability of the drug – particularly where, as here, the drug is intended for use far beyond the USP recommended beyond use date. Moreover, a compounded drug that has only been tested once, four months before its intended use, could have become degraded or contaminated – particularly if the storage conditions are sub-optimal.

6.      Compounded drugs have a high risk of improper potency, composition, contaminants, impurities, and degradation that could cause pain

upon administration.  In my opinion, the State's failure to re-test the compounded drug shortly before it is used for lethal injection leads to a substantial risk that the inmate will suffer pain during the execution.

7.    In preparing this declaration, I reviewed the June 2012 Execution Protocol of the Texas Department of Criminal Justice ("TDCJ").

8.    Given the well-known problems associated with compounding pharmacies, I only use compounded drugs when there is absolutely no alternative.

9.    While sub-par anesthetics or incompetent administration can cause a variety of serious problems, I focus here only upon problems that could cause serious or severe pain upon or immediately after intravenous injection. These potential problems with using drugs fall into two basic categories:  improper potency and unintended additives.  Each category has a number of subcategories.

10.   Potency is the amount of drug required to produce a specific effect.  If a solution is assumed to have 10 mg/cc of a drug, but only has 5 mg/cc of a drug, the amount of the drug given which is based on the assumed concentration of 10 mg/cc will not provide the intended effect.  If the pentobarbital is not in the assumed concentration, the inmate will receive less than the protocol requires. This smaller dose creates a substantial risk of a prolonged death, including periods of difficulty breathing, which would feel like suffocating to death.

11.   Anesthetic solutions, such as compounded pentobarbital, which have expired or gone beyond their "shelf life," lose potency. If an expired drug is used, although the concentration may be correct (in that there is 10 mg/cc), the effect of the concentration of the expired drug will be less than the effect of the same

3

concentration for a non-expired drug. This would lead to the same effect upon injection as use of a sub-potent drug: prolonged death with periods of what feels like suffocation.

12.    Administration of a sub-potent first dose (through either an incorrect concentration or a sub-potent drug) could lead to a need for a second dose. Because the Director does not have clear instructions about when to administer the second dose (particularly with regard to timing), a delayed second dose could lead to a longer period of difficulty breathing, leading to substantial pain and suffering.

13.    Unintended additives can occur in a variety of forms and ways.

14.    Because of inadequate laboratory procedures, the drug may be contaminated by another drug that itself may cause severe pain. For example, it may be mixed with the antibiotic penicillin, present in many pharmaceutical labs. The penicillin family is one of the most prescribed antibiotics; 10% of people report an allergy to penicillin. Allergic individuals who take penicillin may have an anaphylactic reaction, including angioedema, which causes swelling around the face, particularly of the mouth and tongue, and great difficulty breathing. Patients report that a severe anaphylactic reaction is like suffocating to death.

15.    Pain on injection also may arise from the chemical composition of a solution, resulting in a direct or indirect irritant effect. Direct pain occurs immediately. Indirect pain occurs 10 – 20 seconds after injection, due to a local chemical reaction. Factors that affect pain on injection from chemical and composition errors include osmolality and acid-base status. Improper

4

compounding, contaminants, and poor quality ingredients can result in incorrect osmolality or acid-base status.

16.     Osmolality is the concentration of the solutes (such as sodium and chloride) in the blood. Normal human osmolality is approximately 290 milli-osmoles/liter. Injected drugs that have a non-physiologic osmolality (that is, an osmolality different than normal human blood) cause significant venous irritation.

17.     Acid-base status is assessed by pH. Normal human blood pH is about 7.4. Acid solutions with a pH of less than 4 or alkaline solutions with a pH more than 11 cause extreme pain when injected into veins.

18.     Impurities in the lethal injection solution also can be extremely problematic. Improper compounding and testing procedures may leave fine particles undetectable by the naked eye in the solution, or larger particles that would not be detected by an untrained eye. These particles can cause great irritation to the vein, resulting in extraordinary pain.

19.     The fact that Texas has conducted executions using pentobarbital of inmates (approximately 30 have occurred thus far, to my knowledge) have not generated reports of problems is not dispositive of the safety, efficacy, or reliability of compounded pentobarbital as used to induce anesthetic coma in human beings. Only when a drug has been tested systematically on thousands of subjects, with their consent, can one begin to reliably assess how an untested use of a drug will affect human subjects. We do not have relevant data in similar populations for pentobarbital. Because we do not have sufficient data, there is no way to know, in

any given case, how an overdose of pentobarbital will affect basically healthy inmates.

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 16th day of August 2016.

_____

David B. Waisel, MD

**Date Prepared:**   **July 1, 2016**

**Name:**   **David B. Waisel, M.D.**

**Office Address:**   **Boston Children's Hospital**

**Department of Anesthesiology, Perioperative and Pain Medicine**

**300 Longwood Avenue, Bader 3**

**Boston, MA 02115**


**Home Address:**   15 Beechwood Road

Wellesley MA 02482

**Work Phone:**   **617-355-6457**

**Work Email:**   **David.Waisel@childrens.harvard.edu**

**Work FAX:**   617-730-9237

**Place of Birth:**   Harrisburg, Pennsylvania


## Education

| 1987 | B.A. | Pre-Medicine | Lehigh University |
| 1989 | M.D. Humanities Scholar | Medicine | Medical College of Pennsylvania |


## Postdoctoral Training

| 7/1989-6/1990 | Intern | Internal Medicine | Wilford Hall Medical Center |
| 7/1990-6/1992 | Resident | Anesthesiology | Wilford Hall Medical Center |
| 7/1992-6/1993 | Senior Resident | Pediatric Anesthesiology | Children's Hospital Boston/Harvard Medical School |
| 9/1993-5/1994 | Fellow | Medical Ethics | Harvard Medical School |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 7/1992-6/1993 | Clinical Fellow | Anaesthesia | Harvard Medical School |
| 7/1993-6/1994 | Research Fellow | Anaesthesia | Harvard Medical School |
| 7/1997-6/1999 | Clinical Assistant Professor | Anesthesia | F. Edward Hebert School of Medicine, Uniformed Services University of Health Sciences |
| 8/1999-6/2006 | Assistant Professor | Anaesthesia | Harvard Medical School |
| 7/2006- | Associate Professor | Anaesthesia | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 7/1993-6/1994 | Assistant in Anesthesia | Department of Anesthesiology, Perioperative and Pain Medicine | Children's Hospital Boston |
| 7/1994-6/1999 | Attending | Department of Anesthesia | Wilford Hall Medical Center |
| 1/1995-6/1999 | Bioethics Consultant | Office of Medical Ethics | Wilford Hall Medical Center |
| 1/1998-6/1999 | Director | Office of Medical Ethics | Wilford Hall Medical Center |
| 9/1999-1/2012 | Associate Clinical Ethicist | Office of Ethics | Children's Hospital Boston |
| 8/1999-6/2000 | Assistant in Anesthesia | Department of Anesthesiology, Perioperative and Pain Medicine | Children's Hospital Boston |
| 7/2000-6/2003 | Associate in Anesthesia | Department of Anesthesiology, Perioperative and Pain Medicine | Children's Hospital Boston |
| 7/2003- | Senior Associate in Anesthesia | Department of Anesthesiology, Perioperative and Pain Medicine | Children's Hospital Boston |
| 9/2006-1/2012 | Co-Chair, Education Committee | Program for Patient Safety and Quality | Children's Hospital Boston |

## Other Professional Positions

## Major Administrative Leadership Positions

**Local**

| | | |
|---|---|---|
| 1995-1998 | Chief, Pediatric Anesthesiology | Wilford Hall Medical Center |
| 1995-1996 | Assistant Chair for Resident Education, Department of Anesthesiology | Wilford Hall Medical Center |
| 1997-1998 | Assistant Chair for Research, Department of Anesthesiology | Wilford Hall Medical Center |
| 2000-2011 | Chair, Fellow Selection Committee | Children's Hospital Boston |

| | | |
|---|---|---|
| 2003-2013 | Program Director, Pediatric Anesthesiology Fellowship | Children's Hospital Boston |
| 2006-2012 | Chair, Education Committee, Program for Patient Safety and Quality | Children's Hospital Boston |
| 2014- | Program Director, Pediatric Regional Anesthesiology Fellowship | Boston Children's Hospital |

**National and International**

| | | |
|---|---|---|
| 2002-204 | Councilor | Anesthesia History Association |
| 2004-2008 | Treasurer | Anesthesia History Association |
| 2008-2010 | Vice President | Anesthesia History Association |
| 2007-2009 | President | Pediatric Anesthesiology Program Director's Organization |
| 2009-2011 | Immediate Past President | Pediatric Anesthesiology Program Director's Organization |
| 2009- | Board of Trustees | Wood Library-Museum of Anesthesiology |
| 2012-2014 | Treasurer | Wood Library-Museum of Anesthesiology |

**Committee Service**

**Local**

| | | |
|---|---|---|
| 1994-1999 | Bioethics Committee 1994-1997 | Wilford Hall Medical Center Chair |
| 1994-1998 | Education Committee 1995-1996 | Department of Anesthesiology, Wilford Hall Medical Center Chair |
| 1994-1998 | Clinical Competence Committee | Department of Anesthesiology, Wilford Hall Medical Center Member |
| 1994-1998 | Quality Improvement Committee | Department of Anesthesiology, Wilford Hall Medical Center Member |
| 1997-1999 | Institutional Review Board | Wilford Hall Medical Center Member |
| 1998-1999 | Patient Care Council | Wilford Hall Medical Center Member |
| 1998-1999 | Credentials Committee | Wilford Hall Medical Center Member |
| 1999 | Awards Committee | Society of Air Force Clinical Surgeons 46th Annual Meeting |
| 1999-2012 | Ethics Advisory Committee | Children's Hospital Boston Member |
| 2001-2012 | Graduate Medical Education Committee | Children's Hospital Boston Member |
| 2001-2013 | Education Committee | Department of Anesthesiology, |

|  |  |  |
|---|---|---|
|  |  | Perioperative and Pain Medicine, Children's Hospital Boston Member |
| 2002-2003 | Leadership Committee for ACGME Competencies | Children's Hospital Boston Member |
| 2003 | Organizational Ethics Consultation: Hospital Policy for Caring for Jehovah's Witnesses | Children's Hospital Boston Member |
| 2003-2013 | Clinical Competency Committee | Department of Anesthesiology, Perioperative and Pain Medicine, Children's Hospital Boston Member |
| 2004-2010 | Ethics Leadership Group | Harvard Medical School Member |
| 2005-2013 | Executive Committee | Department of Anesthesiology, Perioperative and Pain Medicine, Children's Hospital Boston Member |
| 2006-2012 | Senior Clinical Leadership Quality Council | Children's Hospital Boston Member |
| 2007-2013 | Information Services Steering Committee | Department of Anesthesiology, Perioperative and Pain Medicine, Children's Hospital Boston Member |
| 2007 | Henry K. Beecher Prize in Medical Ethics 2007 | Harvard Medical School Award Committee Member |
| 2008 | Henry K. Beecher Prize in Medical Ethics 2008 | Harvard Medical School Award Committee Member |
| 2009 | Henry K. Beecher Prize in Medical Ethics 2009 | Harvard Medical School Award Committee Member |

**Regional**

**National and International**

| | | |
|---|---|---|
| 1995-2010 | Committee on Ethics | American Society of Anesthesiologists |
| 2000-2002 | Task Force on Ethics | Council of Medical Specialties Society, Representing the American Society of Anesthesiologists |
| 2000-2002 | Working Group on Education about Gifts to Physicians | American Medical Association, Representing the American Society of Anesthesiologists |
| 2004-2012 | Education Committee | Society of Pediatric Anesthesia |
| 2007- | Oral Board Examiner | American Board of Anesthesiology |

## Professional Societies

| | | |
|---|---|---|
| 1989- | American Society of Anesthesiologists | Member |
| 1992- | Society for Pediatric Anesthesia | |
| | 2004-2012 | Education Committee |
| 1995- | Anesthesia History Association | |
| | 2002-2004 | Councilor |
| | 2004-2008 | Treasurer |
| | 2008 | Vice President |

## Grant Review Activities

## Editorial Activities

- Editor, *Bulletin of Anesthesia History* (2012-2014)
- Editor-in-Chief, *Journal of Anesthesia History* (2015-)
- Editor, Section on Humanities in Medicine, *Journal of Clinical Anesthesia* (2016-)
- Guest Editor. Unfamiliar Ethical Issues. Int Anes Clin 2015;53(3)
- Ad hoc Reviewer
    - *Anesthesiology*
    - *Journal of Clinical Anesthesia*
    - *Journal of Clinical Ethics*
    - *Bulletin of Anesthesia History*
    - *Annals of Internal Medicine*
    - *Anesthesia and Analgesia*
    - *Mayo Clinic Proceedings*
    - *British Medical Journal Quality and Safety*

## Honors and Prizes

| | | | |
|---|---|---|---|
| 1994 | Wood Library-Museum of Anesthesiology Fellowship | Wood Library-Museum of Anesthesiology | Fellowship to provide support to study history at the Wood Library-Museum of Anesthesiology |
| 1994-1995 | Golden Apple Award | Department of Anesthesiology, Wilford Hall Medical Center | For outstanding teacher of the year |
| 1996-1997 | Golden Apple Award | Department of Anesthesiology, Wilford Hall Medical Center | For outstanding teacher of the year |
| 2002 | David M. Little Prize | Anesthesia History Association | For the best work of anesthesia history published in the previous year in English |
| 2004 | Honorable Mention for David M. Little Prize | Anesthesia History Association | For the best work of anesthesia history published in the previous year in English |
| 2007 | Excellence in Tutoring | Harvard Medical School | For excellence in tutoring |

5

| 2009 | Award<br>*Anesthesiology Trainees Face Ethical, Practical and Relational Challenges in Obtaining Informed Consent.*<br><br>Selected by *Anesthesiology* as one of twelve 2009 highlighted article that exemplifies the mission of Anesthesiology | Anesthesiology | for Patient – Doctor III Selected by Anesthesiology as one of twelve 2009 highlighted article that exemplifies the mission of Anesthesiology |

## Report of Local Teaching and Training

### Teaching of Students in Courses

| 2001-2007 | Hospital Skills Day for rising third year medical students. Instructor/Harvard Medical School | 2.5 hours contact time per day for 2 days per year, 2 hours prep time per year |
| 2003-2007 | IN750M.J Patient – Doctor III Tutor/Harvard Medical School | 2.5 hours contact time per week for 24 weeks per year, 2 hours per week prep time |

### Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| 2006-2012 | PERCS-Anesthesia | 9-15 hours contact per year, 8 hours prep time per year |

### Clinical Supervisory and Training Responsibilities

| 1997-1999 | Surgical and Pediatric ICU Ethics Teaching Rounds | 8 hours contact time per month, 2 hours preparation time per month |

### Laboratory and Other Research Supervisory and Training Responsibilities

### Formally Supervised Trainees

| 1996-1998 | Affleck PJ, Waisel DB, Cusick JM, Van Decar T. Recall of risks following labor epidural analgesia. J Clin Anesth 1998;10:111-4. |
| 1996-1998 | Scheu KL, Waisel DB. Regional anesthesia equipment checkout recommendations: A case report and discussion. J Clin Anesth 1998;10:502-5. |
| 2003-2004 | Elder J, Waisel DB. Case report of the one-armed anesthesiology resident. J Clin Anesth |

6

2004;16:445-8.

## **Formal Teaching of Peers (e.g., CME and other continuing education courses)**

| | | |
|---|---|---|
| 1995-1999 | ACLS & PALS | 4 hours contact time per course, 4-6 courses per year |
| | ACLS & PALS | Boston, MA |
| 1997 | APLS | Lecture, 2 hours contact time |
| | APLS | Boston, MA |
| 1998 | Anesthesia issues for the pediatrician:  pain management, conscious sedation, preoperative evaluation, Pediatrics for the Practitioner 35th Annual Teaching Conference, Texa | Lecture, 4 hours contact time |
| 2005-2009 | Ethics in health care theories and cases. Harvard Bioethics Course | 1 hour contact time per group, 3 groups/year |

## **Local Invited Presentations**

| | |
|---|---|
| 1994 | The history and future of informed consent. Department of Anesthesiology, Perioperative and Pain Medicine, Children's Hospital Boston |
| 1998 | The physician in pre-World War II German. Healer and harbinger of death: Implications for medical ethics today. Maimonides Society of San Antonio |
| 1998 | Obligations to the professional community. Frontiers in Pediatrics, The San Antonio Military Pediatric Center |
| 1998 | Ethical issues in organ donation. Texas Organ Sharing  Alliance |
| 1999 | Ethical issues related to anesthetic practice. San Antonio Society of Anesthesiologists |
| 1999 | Physician aid-in-dying. San Antonio Society of Psychiatry |
| 1999 | Ethics in battlefield medicine. Wilford Hall Medical Center |
| 2000 | Stratifying informed consent. Department of Anesthesia, New England Medical Center |
| 2001 | Perioperative management of Jehovah's Witnesses. Harvard Consortium on Ethics, Harvard Medical School |
| 2001, 2003 | Conference on informed consent in pediatric patients. Department of Medicine, Children's Hospital Boston |
| 2002 | Ethical issues related to caring for patients with mental retardation. Ethics Forum. Massachusetts General Hospital, Boston. |
| 2002 | Distribution of scarce resources. Harvard Consortium on Ethics, Harvard Medical School |
| 2002 | Social capital in the operating room. Department of Anesthesiology, Perioperative and Pain Medicine, Children's Hospital Boston |
| 2003 | Difficulties during anesthesia residency. |

|      | Department of Anesthesia, Boston Medical Center |
|------|--------------------------------------------------|
| 2004 | "Being a good citizen in medicine." |
|      | Department of Medicine, Children's Hospital Boston |
| 2004 | Pediatric perioperative DNR orders. |
|      | Department of Neurosurgery, Children's Hospital Boston |
| 2005 | "Being a good citizen in medicine." |
|      | Department of Medicine, Children's Hospital Boston |
| 2005 | Social capital in the operating room. |
|      | Department of Urology, Children's Hospital Boston |
| 2005 | Being a jerk affects patient care and efficiency: social capital in the operating room. |
|      | Department of Anesthesia and Critical Care, Beth Israel Deaconess Medical Center |
| 2006 | Physician participation in capital punishment. |
|      | Department of Urology, Children's Hospital Boston |
| 2006 | Physician participation in capital punishment. |
|      | Department of Surgery, Children's Hospital Boston |
| 2007 | Ethics jeopardy. |
|      | Department of Urology, Children's Hospital Boston |
| 2011 | Hearts and minds. |
|      | Keynote Address, Children's Hospital Boston Academy Retreat |
| 2015 | Graduation Speech, University of Connecticut Anesthesiology Residency Program |
| 2016 | Clinical Ethics |
|      | Featured speaker, Journal Club, Department of Ophthalmology, Boston Children's Hospital |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses

#### Regional

|      |      |
|------|------|
| 2002 | Informed refusal. |
| 2004 | Perioperative DNR orders. |
|      | Harvard Medical School Anesthesia Review |
| 2006 | Ethical Aspects of refusing transfusion therapy in minors. |
|      | Practical Aspects of Pediatric Anesthesia |
| 2010 | The development of anesthesiology during World War II. |
|      | Ellison Pierce Symposium |
| 2010 | Invited speaker. Grand Round: PERCS. Anesthesia, Critical Care and Pain Medicine, Beth Israel Dea |
| 2013 | Invited Grand Rounds speaker. Social Capital. Boston Medical Center Anesthesia/Surgery Joint Gran |
|      | anesthesiology) |

#### National

|             |      |
|-------------|------|
| 1995 | The role of the anesthesiologist in physician-assisted death. |
|      | American Society of Anesthesiologists Annual Meeting |
| 1996 | Should the HIV-infected anesthesiologist tell his or her patient? |
|      | American Society of Anesthesiologists Annual Meeting |
| 1996 - 1999 | "Don't tell my mom!" Abortion and the minor, confidentiality and production pressure. |
|      | American Society of Anesthesiologists Annual Meeting |

| | |
|---|---|
| 1997 | Do business ethics count in anesthesiology? Workshop on Practical Bioethics for the Anesthesiologist. |
| | American Society of   Anesthesiologists |
| 1997 | Can ethics be taught? |
| | American Society of Anesthesiologists Annual Meeting |
| 1997 | A model curriculum for teaching bioethics. |
| | American Society of Anesthesiologists Annual Meeting |
| 1997 | Ethical issues in the operating room. |
| | Second Annual Practice Management Conference for Anesthesiology Residents and Fellows Ready for the Real World, Chicago, IL |
| 1997 | What bioethics can do for you? Workshop on Practical Bioethics for the Anesthesiologist. |
| | American Society of Anesthesiologists |
| 1998 | Social capital |
| | Department of Anesthesiology, Rush-Presbyterian-St. Luke's Medical Center |
| 1998 | Ethical challenges for the practice of anesthesiology. |
| | Kentucky Society of Anesthesiologists Spring Meeting |
| 1998 | Panel on military anesthesia |
| | Society of Air Force Clinical Surgeons 45th Annual Meeting |
| 1998 | The importance of modeling. |
| | Society of Air Force Clinical Surgeons 45th Annual Meeting |
| 1998 | Grand Rounds. The business of anesthesiology is not just business: obligations to the patient and anesthesiology communities. |
| | Department of Anesthesiology and Critical Care, Children's Hospitalof Philadelphia, University of Pennsylvania |
| 1998 | Ethics in education. Innovation and challenges in anesthesiology education. |
| | Society for Education in Anesthesia, Fall Meeting |
| 1998 | Grand Rounds. Ethics in wartime medicine. |
| | Brooke Army Medical Center, Fort Sam Houston |
| 1998 | Clinical Forum on Ethics. |
| | American Society of Anesthesiologists Annual Meeting |
| 1999 | Ethical rules for humanitarian missions. |
| | Society of Air Force Clinical  Surgeons 46th Annual Meeting |
| 1999 | Ethical considerations in pediatric trauma. TraumaCare '99 Symposium |
| | International Trauma Anesthesia and Critical Care   Society, Chicago |
| 1999 | Conflict and communication with patients. |
| | American Society of Anesthesiologists Annual Meeting |
| 1999 | Perioperative refusal of resuscitation. |
| | Department of Anesthesiology, University of Texas Health Science Center |
| 2000 | Perioperative refusal of resuscitation. |
| | Department of Anesthesiology, Hartford Hospital |
| 2000 | Perioperative refusal of resuscitation. |
| | New York Presbyterian Hospital and Weill Medical College at Cornell |
| 2000 | DNR in the OR. |
| | Harvard Medical School Anesthesia Review & Update |
| 2000 | Clinical Forum on Ethics. |
| | American Society of Anesthesiologists Annual Meeting |
| 2000 | The business of anesthesiology is not just business. |
| | Utah Society of Anesthesiologists Winter Meeting |

| | |
|---|---|
| 2001 | Are we prepared for nuclear war? |
| | American Society of Anesthesiologists Annual Meeting |
| 2002 | The centrality of civility to professionalism. |
| | American Society of Anesthesiologists Annual Meeting |
| 2003 | Role of World War II in the development of anesthesiology as a medical profession. |
| | Anesthesia History Association 10th Annual Spring Meeting |
| 2003 | Clinical Forum on Ethics. |
| | American Society of Anesthesiologists Annual Meeting |
| 2003 | The uncivil and unprofessional physician. |
| | American Society of Anesthesiologists Annual Meeting |
| 2003 | Perioperative DNR orders. |
| | American Society of Anesthesiologists Annual Meeting |
| 2003 | Obstetric anesthesia and analgesia before 1950. |
| | American Society of Anesthesiologists Annual Meeting |
| 2003 | Social capital in the operating room. |
| | Society of Air Force Clinical Surgeons Annual Meeting, Anesthesia Section |
| 2003 | Plenary Session: Lt. Kornfield, World War II physician-anesthetist: why his story matters. |
| | Anesthesia History Association Spring Meeting |
| 2003 | Social Capital. |
| | SAUSHEC Anesthesiology Residency Program, San Antonio |
| 2004 | Social Capital |
| | New York Presbyterian Hospital and Weill Medical College at Cornell |
| 2004 | Ethical aspects of refusing transfusion therapy in minors. |
| | Practical Aspects of Pediatric Anesthesia |
| 2006 | Lethal Injection. |
| | American Society of Anesthesiologists Annual Meeting |
| 2006 | Social Capital. |
| | Department of Anesthesiology and Pain Medicine, St. Elizabeth's Medical Center |
| 2006 | Physician participation in capital punishment. |
| | Department of Anesthesiology and Perioperative Medicine, Mayo Clinic, Rochester |
| 2007 | PERCS - Simulation for Informed Consent. |
| | Department of Anesthesia and Critical Care, Massachusetts General Hospital |
| 2007 | Clinical Forum on Ethics. |
| | American Society of Anesthesiologists Annual Meeting |
| 2007 | What if Lord Nuffield had not found a Chair of Anesthesia? |
| | American Society of Anesthesiologists Annual Meeting |
| 2008 | Proposal for format for pediatric anesthesiology department. |
| | Department of Anesthesia, University of Iowa |
| 2008 | Primer in ethics. |
| | Society of Pediatric Anesthesia 22nd Annual Meeting |
| 2008 | John Snow: Pump handles and infectious disease. |
| | American Society of Anesthesiologists Annual Meeting |
| 2008 | Putting it all together: A curriculum. |
| | Wood Library -Museum of Anesthesiology Forum on the History of Medicine. American Society of Anesthesiologists Annual Meeting |
| 2008 | World War Two: The crucible of "modern" anesthesiology. |
| | Roderick K. Calverley, M.D., Memorial Lecture. Anesthesia History Association Annual Dinner Meeting |

| | |
|---|---|
| 2009 | Donation after cardiac death. |
| | ASA Forum on Ethics. American Society of Anesthesiologists Annual Meeting |
| 2009 | Oh my God, she's pregnant! |
| | SPA/AAP Breakfast Panel |
| 2010 | Bedside medical ethics during natural disasters. |
| | Arkansas Children's Hospital, University of Arkansas |
| 2010 | Physician participation in capital punishment. |
| | Ogden Surgical Medical Society |
| 2010 | When is a kid an adult? – Ethics of assent and consent for adolescent regional anesthesia. |
| | Panel on Pediatric Anesthesia, American Society of Anesthesiologists Annual Meeting |
| 2010 | Ethical dilemmas with health care reform. |
| | Panel on Ethics, American Society of Anesthesiologists Annual Meeting |
| 2010 | Moderator and participant: Should physicians be permitted to participate in lethal injection. |
| | Panel on Professionalism: American Society of Anesthesiologists Annual Meeting |
| | Moderator: The Patrick Sim Forum on the History of Anesthesiology. |
| | American Society of Anesthesiologists Annual Meeting |
| 2011 | Moderator: The Patrick Sim Forum on the History of Anesthesiology. |
| | American Society of Anesthesiologists Annual Meeting |
| 2012 | Medical ethics. |
| | Department of Anesthesiology and Perioperative Medicine, University of Missouri School of Medicine |
| 2012 | Moderator: The Patrick Sim Forum on the History of Anesthesiology. |
| | American Society of Anesthesiologists Annual Meeting |
| 2013 | Moderator: The Patrick Sim Forum on the History of Anesthesiology. |
| | American Society of Anesthesiologists Annual Meeting |
| 2013 | Keynote speaker. Norman Kornfield and his relevance to modern day military medicine. |
| | Uniformed Services Society of Anesthesiologists Dining Out |
| 2014 | Moderator: The Patrick Sim Forum on the History of Anesthesiology |
| | American Society of Anesthesiologists Annual Meeting |
| 2015 | Moderator: The Patrick Sim Forum on the History of Anesthesiology |
| | American Society of Anesthesiologists Annual Meeting |


**International**

| | |
|---|---|
| 1999 | Physician aid-in-dying. |
| | Austrian International Congress on Anesthesia, Vienna, Austria |
| 2001 | Things never change. (Invited, not presented) |
| | 5th International Symposium on the History of Anesthesia |
| | Santiago, Spain |
| 2008 | Plenary Symposium "The future of anesthesia practice." |
| | Annual Meeting of the Canadian Anesthesiologists' Society, Halifax, Canada |
| 2008 | World War Two: The crucible of "modern" anesthesiology. |
| | Roderick K. Calverley, M.D., Memorial Lecture. Anesthesia History Association Annual Dinner Meeting |
| 20011 | Ethics of organ transplantation. 58th Annual Meeting of the Japanese Society of Anesthesiologists |
| 2012 | Regional anesthesia and war. |

| | 15th WFSA World Congress Anesthesiologists, Buenos Aires, Argentina |
|---|---|
| 2013 | ABA board certification. |
| | 8th International Society History of Anesthesia Meeting, Sidney, Australia |
| 2013 | Informed consent. |
| | 20th Panhellenic Congress of Anesthesia, Athens, Greece |
| 2013 | DNR in the operating room. |
| | 20th Panhellenic Congress of Anesthesia, Athens, Greece |

## Current Licensure and Certification

| 1993- | Massachusetts Board of Medicine Licensure |
|---|---|
| 1994 | Diplomate of the American Board of Anesthesiology |
| 2005 | Voluntary Recertification in Anesthesiology (through 12/31/2015) |
| 2013 | Pediatric Anesthesiology, Diplomate of the American Board of Anesthesiology |

## Report of Scholarship

## Peer reviewed publications in print or other media

1.  Truog RD, Waisel DB. Amnesia instead of anesthesia: not always a question of consent. J Clin Ethics 1994;5:153-5.

2.  Waisel DB, Fackler JC, Brunner JX, Kohane I. PEFIOS: an expert closed-loop oxygenation algorithm. Medinfo 1995;8Pt2:1132-6.

3.  Waisel DB, Truog RD. The cardiopulmonary resuscitation-not-indicated order: futility revisited. Ann Intern Med 1995;122:304-8.

4.  Waisel DB, Truog RD. The benefits of the explanation of the risks of anesthesia in the day surgery patient. J Clin Anesth 1995;7:200-4.

5.  Liang BA, Truog RD, Waisel DB. What needs to be said? Informed consent in the context of spinal anesthesia. J Clin Anesth 1996;8:525-7.

6.  Waisel DB, Truog RD. An introduction to ethics. Anesthesiology 1997;87:411-7.

7.  Waisel DB, Truog RD. The end-of-life sequence. Anesthesiology 1997;87:676-86.

8.  Waisel DB, Truog RD. Informed consent. Anesthesiology 1997;87:968-78.

9.      Waisel DB, Truog RD. How an anesthesiologist can use the ethics consultation service. Anesthesiology 1997;87:1231-8.

10.     Medell RJ, Waisel DB, Eskuri SA, Calicott RW. Field block for cranial surgery in World War II. Mil Med 1998;163:80-3.

11.     Affleck PJ, Waisel DB, Cusick JM, Van Decar T. Recall of risks following labor epidural analgesia. J Clin Anesth 1998;10:111-4.

12.     Scheu KL, Waisel DB. Regional anesthesia equipment checkout recommendations: A case report and discussion. J Clin Anesth 1998;10:502-5.

13.     Truog RD, Waisel DB, Burns JP: DNR in the OR: A goal-directed approach. Anesthesiology 1999;90:289-95.

14.     Waisel DB. Nonpatient care obligations of anesthesiologists. Anesthesiology 1999;91:1152-8.

15.     Waisel DB, Vanscoy SEG, Tice LH, Bulger K, Schmelz J, Perucca P. Activities of an ethics consultation service in a tertiary military medical center. Mil Med 2000;165:528-32.

16.     Waisel DB. The hazards of "hanging crepe" or stating overly pessimistic prognoses. J Clin Ethics 2000;11(2):171-4.

17.     Waisel DB. The role of World War II and the European Theatre of Operations in the development of anesthesiology as a physician specialty in the USA. Anesthesiology 2001;94:907-14.

18.     Truog RD, Waisel DB. Do-not-resuscitate orders: from the ward to the operating room; from procedures to goals.  Int Anesthesiol Clin 2001;39(3):53-66.

19.     Waisel DB, Burns JP, Johnson JA, Hardart GE, Truog RD. Guidelines for perioperative do-not-resuscitate policies. J Clin Anesth 2002;14:467-73.

20.     Waisel DB. Norman's War: Norman B. Kornfield, MD, World War II physician-anesthetist. Anesthesiology 2003;98:995-1003.

21.     Elder J, Waisel DB. Case report of the one-armed anesthesiology resident. J Clin Anesth 2004;16:445-8.

22.     Waisel DB. Moral permissibility as a guide for decision making about conjoined twins. Anesth Analg 2005;101:41-3.

23.     Waisel DB. Developing social capital in the operating room:  the use of population-based techniques. Anesthesiology 2005;103:1305-10.

24.     Wright L, Waisel DB, Bacon DR. The Anlet: Anesthesiology's response to the needs of the Armed Forces in World War II. Anesthesiology 2006;104:179-82.

13

25.     Waisel DB. Physician participation in capital punishment.
        Mayo Clin Proc 2007;82:1073-82.

26.     Waisel DB, Truog RD. A continuum for using placebo interventions in regional anesthesia and
        analgesia studies. Clin Pharmacol Ther 2008;84:163-5.

27.     Gawande A, Denno DW, Truog RD, Waisel D. Physicians and execution--highlights from a
        discussion of lethal injection. N Engl J Med 2008;358:448-51.

28.     Waisel DB, Lamiani G, Sandroc N, Pascucci R, Truog RD, Meyer EC. Anesthesiology
        Trainees Face Ethical, Practical and Relational Challenges in Obtaining Informed Consent.
        Anesthesiology 2009;110:480-6.

29.     Waisel DB, Simon R, Truog RD, Baboolal H, Raemer DB. Anesthesiologist Management of
        Perioperative Do-Not-Resuscitate Orders: A Simulation-Based Experiment. Simulation in
        Healthcare 2009;4:70-6.

30.     Waisel DB. Moral responsibility to attain thorough pediatric drug labeling. Peaediatr Anaesth
        2009;19:989-93.

31.     Waisel DB. Let the patient drive the informed consent process: ignore legal requirements.
        Anesth Analg 2011;113:13-5.

32.     Waisel DB. Vulnerable populations in healthcare. Curr Opin Anaesthesiol 2013
        Apr;26(2):186-92.

33.     Waisel DB. Thoughts on the Bulletin. Bull Anesth Hist. 2013:31(1):1

34.     Waisel DB. Unrecognized Barriers to Perioperative Limitations on Potentially Life-Sustaining
        Medical Treatment Journal of Clinical Anesthesia. J Clin Anesth 2014;26:171-3.

35.     Waisel DB. Revocation of board certification for legally permitted activities. Mayo Clin Proc
        2014;89:869-72.

36.     Edwards ML, Waisel DB. 49 Mathoura Road Geoffrey Kaye's Letters to Paul M. Wood,
        1939–1955. Anesthesiology 2014;121(6):11150-7.

37.     Waisel DB. Welcome to the Journal of Anesthesia History. J Anesth Hist. 2015;1(1):1. DOI:
        http://dx.doi.org/10.1016/j.janh.2014.11.001

38.     Waisel DB, Mancuos TJ, Boretsky R. Pediatric Research, Risk, and Paravertebral Blocks.
        Anesth Analg. 2015 May;120(5):987-9. doi: 10.1213/ANE .0000000000000638

39.     Waisel DB. A Select History of the Professional Standards of The American Board of
        Anesthesiology. Proceedings of the 8th International Symposium on the History of
        Anaesthesia.

40.     Edwards ML, Waisel DB. 49 Mathoura Road: Geoffrey Kaye's Center of Excellence for the

Australian Society of Anaesthetists. Anesthesiology. 2016;124:122-9.

**Non-peer reviewed scientific or medical publications/materials in print or other media**

1. Waisel DB. Should medical professionals participate in executions. The National Association of Defense Lawyers Champion Magazine. June 2010, p 38.

2. Waisel DB, Litton P. Why the lethal injection drug debated by the Supreme Court today is unconstitutional. New Republic. April 29, 2016.

**Professional educational materials or reports, in print or other media**

1. Waisel DB. The physician in the arms race. In: Newell JD, Gabrielson IW. *Medicine Looks at the Humanities*. Maryland: United Press of America; 1987. p. 127-9.

2. Waisel DB. Euthanasia. Ethical Issues in Anesthesia, *Advances in Anesthesia*. St. Louis: Mosby-Year Book; 1997. p. 250-3.

3. Waisel DB, Van Norman G. ASA 1997 Syllabus on Ethics. Park Ridge, IL: American Society of Anesthesiologists; 1997.

4. Waisel DB. Introduction to ethics. In: Waisel DB, Van Norman G. ASA 1997 Syllabus on Ethics. Park Ridge, IL: American Society of Anesthesiologists; 1997.

5. Merrill DG, Waisel DB. Physician-assisted suicide: Con/Pro. American Society of Anesthesiologists Newsletter 1998;62(3):5-8.

6. Waisel DB, Van Norman G. ASA 1998 Syllabus on Ethics. Park Ridge, IL: American Society of Anesthesiologists; 1998.

7. Waisel DB, Van Norman D, Fine P. Hospice Care: Living all the days of your life: An interview with Perry Fine, MD. In: Waisel DB, Van Norman G, editors. ASA 1998 Syllabus on Ethics. Park Ridge, IL: American Society of Anesthesiologists; 1998.

8. Waisel DB. Perioperative DNR orders: new options, greater flexibility. American Society of Anesthesiologists Newsletter, 1999;63(4):5-8.

9. Waisel DB, Jennings JE. Informed consent in anesthesiology. In: Bready LL, Mullins RM, Noorily SH, Smith RB, editors. Decision Making in Anesthesiology, 3rd ed. St. Louis: Mosby-Year Book; 1999. p. 54-5.

10.     Jennings JE, Waisel DB. Do-not-resuscitate in the operating room. In: Bready LL, Mullins RM, Noorily SH, Smith RB, editors. Decision-Making in Anesthesiology, 3rd ed. St. Louis: Mosby-Year Book; 1999. p. 56-57.

11.     Waisel DB. Perioperative Do-not-resuscitate orders. Current Opinion in Anesthesiology 2000; 13:191-4.

12.     Waisel DB, Truog RD, Todres ID. Ethical issues in pediatric anesthesiology. In: Cote CJ, Ryan JF, Todres ID, Goudsouzian NG, editors. A Practice of Anesthesia for Infants and Children, 3rd ed. Philadelphia: W.B. Saunders; 2001. p. 68-78.

13.     Waisel DB, Truog RD. Informed consent for the patient with an existing DNR order. American Society of Anesthesiologists Newsletter 2001;65(3):13-4.

14.     Waisel DB. Getting informed consent: an anesthesiologist's perspective. Inspirations: The Anesthesia Residents' Quarterly 2001;4(1):1-7.

15.     Waisel DB. Could the attending be wrong? Inspirations: The Anesthesia Residents' Quarterly, 2001;4(3):12-6.

16.     Waisel DB. Ethical issues in pain management and end-of-life care for the AIDS patient. In: Nedeljkovic S. Pain Management of HIV/AIDS Patients. Woburn: Butterworth Heinemann; 2002. p. 175-86.

17.     Waisel DB. Ethical and legal issues in pediatric care. In: Yemen TA. Pediatric Anesthesia Handbook. New York: McGraw-Hill; 2002. p. 13-25.

18.     Waisel DB, Medical professionalism: is it necessary or too arbitrary? American Society of Anesthesiologists Newsletter 2002;66(7).

19.     Waisel DB. Perioperative DNR orders. American Society of Anesthesiologists Newsletter 2002;66(10).

20.     Waisel D, Jackson S, Fine P. Should do-not-resuscitate orders be suspended for surgical cases? Curr Opin Anaesthesiol. 2003;16:209-13.

21.     Waisel DB, Truog RD. Medical ethics and anaesthesia, In: Healy TEJ, Cohen PJ, editors. Wylie and Churchill-Davidson's A Practice of Anaesthesia, 7th ed. London: Arnold; 2003. p. 1341-52.

22.     Van Norman G, Jackson SH, Waisel D. Informed consent: ethical implications in clinical practice. Curr Opin Anaesthesiol. 2004;17:177-81.

23.     Truog RD, Waisel DB, Burns JP. Do-not-resuscitate orders in the surgical setting (editorial). Lancet 2005;365:733-5.

24.     Waisel DB, Truog RD. Ethical and legal aspects, In: Miller RD. Anesthesia, 6th ed.

Philadelphia: Elsevier Churchill Livingstone; 2005. p. 3175-98.

25.     Waisel DB. Ethical and legal considerations in pediatric anesthesia. In: Holzman RS, Mancuso TJ, Polaner DM, eds. A Practical Approach to Pediatric Anesthesia. Philadelphia: Lippincott Williams & Williams; 2008. p. 71-8.

26.     Waisel DB, Truog RD, Todres ID. Ethical issues in pediatric anesthesiology. In: Cote CJ, Lerman J, Todres ID, eds. A Practice of Anesthesia for Infants and Children, 4th ed. Philadelphia: W.B. Saunders; 2009. p. 71-88.

27.     Waisel DB. Ethical issues in critical Care. In: Gabrielli A, Layon AJ, Yu M, editors. Civetta, Taylor, Kirby's Critical Care, 4th ed. Philadelphia: Lippincott Williams & Wilkins; 2009.

28.     Clendenin D, Waisel DB. Informed consent and the pediatric patient. In: Van Norman GA, Jackson S, Rosenbaum SH, Palmer SK. New York: Cambridge University Press; 2011. p. 33-8.

29.     Quaine JG, Waisel DB. Ethical use of restraints. In: Van Norman GA, Jackson S, Rosenbaum SH, Palmer SK. New York: Cambridge University Press; 2011. p. 61-3.

30.     McClain CD, Waisel DB. Triage and treatment of wounded during armed conflict. In: Van Norman GA, Jackson S, Rosenbaum SH, Palmer SK. New York: Cambridge University Press; 2011. p. 275-9.

31.     Waisel DB. Physician facilitation of torture and coercive interrogation. In: Van Norman GA, Jackson S, Rosenbaum SH, Palmer SK. New York: Cambridge University Press; 2011. p. 280-4.

32.     Waisel DB. Ethics and conflict of interest in anesthesia practice. In: Longnecker D, Brown DL, Newman MF, Zapol W. Anesthesiology, 2nd ed. 2012. P 45-50,

33.     Waisel DB. Editor. Bulletin of Anesthesia History. 2012:30 (1).

34.     Waisel DB. Editor. Bulletin of Anesthesia History. 2012:30(2).

35.     Waisel DB. Ethical issues in pediatric anesthesiology. In: Cote CJ, et al, eds. A Practice of Anes for Infants and Children, 5th ed. Philadelphia: W.B. Saunders. 2012. p. 64-76.

36.     Waisel DB. Ethical issues in pediatric anesthesiology. In: Cote CJ, et al, eds. A Practice of Anes for Infants and Children, 5th ed. Philadelphia: W.B. Saunders. 2013. p. 64-76.

37.     Waisel DB. Editor. Bulletin of Anesthesia History. 2013:31(1).

38.     Waisel DB. Editor. Bulletin of Anesthesia History. 2013:31(2).

39.     Waisel DB. Editor. Bulletin of Anesthesia History. 2014:32(1).

40.     Waisel DB. Editor. J Anesth Hist. 2015:1(1).

41.     Waisel DB. Editor. J Anesth Hist. 2015:1(2).

42.     Waisel DB. Editor. J Anesth Hist. 2015:1(3).

43.     Waisel DB. Editor. J Anesth Hist. 2015:1(4).

44.     Waisel DB. Legal Aspects of Anesthesia Care in America, In: Miller RD. Miller's Anesthesia, 8th ed. Philadelphia: Elsevier Churchill Livingstone; 2015. p. 251-267.

45.     Zaleski KL, Waisel DB Withholding information from an anxiety-prone patient? AMA J Ethics. 2015 Mar 1;17(3):209-14. doi: 10.1001/journalofethics.2015.17.3.ecas2-150

46.     Waisel DB. Disagreements between medical specialty boards and their diplomates. AMA J Ethics. 2015 Mar 1;17(3):193-8. doi: 10.1001/journalofethics.2015.17.3.spec1-1503.

47.     Waisel DB.Introduction: Unfamiliar Ethical Issues. Int Anesthesiol Clin. 2015 Summer;53(3):vi 10.1097/AIA.0000000000000065. PMID: 26057909.

48.     Waisel DB. Challenges in the LGBTQI+ Community. Int Anesthesiol Clin. 2015 Summer;53(3) 10.1097/AIA.0000000000000064. No abstract available. PMID: 26057902.

49.     Waisel DB. Guest Editor. Unfamiliar Ethical Issues. Int Anesthesiol Clin. 2015 Summer; 53(3).

50.     Waisel DB. Editor. J Anesth Hist. 2016:2(1).

51.     Waisel DB. Editor. J Anesth Hist. 2016:2(2).

52.     Waisel DB. Editor. J Anesth Hist. 2016:2(3).

.